**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                             )
HOWARD BRYAN                                  )
also known as Paul Smith,                     )
                                             )
                    Plaintiff,                )
                                             )
        v.                                    )        Civil Action No. 13-0066 (KBJ)
                                             )
U.S. DEPARTMENT OF JUSTICE,                   )
                                             )
                    Defendant.                )
_____            )

## <u>MEMORANDUM OPINION</u>

On June 28, 2013, the defendant filed a motion for summary judgment [ECF No. 9]. The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned that plaintiff that, if he did not respond to the motion by July 31, 2013, the Court may treat the motion as conceded. To date, the plaintiff neither has filed an opposition to the motion and nor has requested more time to do so. Accordingly, the Court will treat the defendant's motion as conceded and dismiss this action. An Order is issued separately.

                                             /s/
                                             KETANJI BROWN JACKSON
                                             United States District Judge

DATE:  August 12, 2013